# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK A. WYRICK, ADC # 085456 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:14CV00526-SWW-JJV |
| DOC HOLLADAY, Sheriff, | * | |
| Pulaski County Sheriff Department; *et al.*, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Doc Holladay is DISMISSED without prejudice.

Dated this 2nd day of October, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE