**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| MARK A. WYRICK, ADC # 085456 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *     No. 4:14CV00526-SWW-JJV |
| JOHNSON, Doctor, | * |
| Pulaski County Detention Center | * |
| | * |
| Defendant | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe, the Plaintiff's Objections, and the Defendant's Response to the Objections. After carefully considering the objections and response, and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Johnson's Motion for Summary Judgment (Doc. No. 34) is GRANTED in part and DENIED in part:

A.  Dr. Johnson is denied the protections afforded by qualified immunity.

B.  Plaintiff's individual capacity claims against Dr. Johnson are DISMISSED with prejudice because the record establishes that Dr. Johnson was not deliberately indifferent to his medical needs or conditions of confinement.

C.  Plaintiff's official capacity claims against Dr. Johnson are DISMISSED with prejudice because he has failed to establish that any policy or practice of Pulaski County caused his alleged injuries.

IT IS SO ORDERED this 8th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE