## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARK A. WYRICK, ADC # 085456     *
    *
        Plaintiff,     *
v.     *
    *    No. 4:14CV00526-SWW-JJV
JOHNSON, Doctor,     *
Pulaski County Detention Center     *
    *
        Defendant     *

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 8th day of October, 2015.

                                    /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE